```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

MICHAEL JOHNSON                                              PLAINTIFF

vs.                         CIVIL ACTION NO. 5:11-cv-22-DCB-JMR

CHRISTOPHER EPPS, et al.                                     DEFENDANT

<u>ORDER</u>

    This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

    IT IS, THEREFORE, ORDERED that the Report and Recommendation of Chief United States Magistrate Judge John M. Roper be, and the same is hereby, adopted as the finding of this Court, and that Plaintiff Michael Johnson's Motion [19] to Dismiss be granted, and the Complaint [1] be dismissed without prejudice.

    A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 28th day of February, 2012.

S/David Bramlette
UNITED STATES DISTRICT JUDGE