```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION


MICHAEL JOHNSON #123422                              PLAINTIFF

VS.                          CIVIL ACTION NO. 5:11-cv-22-DCB-JMR

CHRISTOPHER EPPS, et al.                             DEFENDANTS
```

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of Chief United States Magistrate Judge John M. Roper be, and the same is hereby, adopted as the finding of this Court, and that Plaintiff Michael Johnson's Motion [24] to Reopen Case is DENIED.

SO ORDERED, this the <u>25th</u> day of July, 2012.


```
                              s/David Bramlette
                              UNITED STATES DISTRICT JUDGE
```